UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

- - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADALBERTO SALAS-SIMON,

        Defendant.

_____/     **INDICTMENT**

The Grand Jury charges:

### Alien Felon Reentry

On or about December 19, 2015, in Kent County, in the Western District of Michigan, Southern Division,

ADALBERTO SALAS-SIMON,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

        A TRUE BILL

        *[signature]*

        _____
        GRAND JURY FOREPERSON

PATRICK A. MILES, JR.
United States Attorney

*[signature: Donald Daniels]*
_____
DONALD DANIELS
Assistant United States Attorney