UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

No.    1:16-cr-00024-GJQ

v.

INDICTMENT
**PENALTY SHEET**

ADALBERTO SALAS-SIMON,

    Defendant.

_____/

**INTERPRETER SPANISH**

**CHARGE – Present in the United States without permission of the Attorney General after having been convicted of a felony [8 U.S.C. § 1326(a); (b)(1)]**

**Penalty:** Not more than 10 years imprisonment and $250,000 fine. [18:3571]

**Supervised Release:** Not more than 3 years
[18 U.S.C. § 3583] (Class C Felony, 18:3559)

**Special Assessment**: [18 U.S.C. § 3013] $100

**Other**: Removal, denial of citizenship, and/or denial of admission to the United States in the future

Date:  September 5, 2019

/s/Donald Daniels
Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046